UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SAMUEL SCOTT MINTON,

             Plaintiff,

   -against-

BRADLEY COUNTY, TENNESSEE;
ANTHONY BENEFIELD; WILLIAM BURTT;
and DANIEL GILLEY,

             Defendants.

No. 1:25-cv-00367-TRM-MJD

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David A. Lebowitz of KAUFMAN LIEB LEBOWITZ & FRICK LLP hereby appears as counsel for Plaintiff in the above-entitled action and requests that all papers filed through the ECF system be served upon him by e-mail at dlebowitz@kllflaw.com.

Dated: December 22, 2025
        New York, New York

KAUFMAN LIEB LEBOWITZ &
FRICK LLP

By: /s/ David A. Lebowitz
     David A. Lebowitz*
*Admitted pro hac vice*
18 East 48th Street, Suite 802
New York, New York 10017
(212) 660-2332

*Counsel for Plaintiff*