UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| SAMUEL SCOTT MINTON,<br><br>        Plaintiff,<br><br>-against-<br><br>BRADLEY COUNTY, TENNESSEE;<br>ANTHONY BENEFIELD; WILLIAM BURTT;<br>and DANIEL GILLEY,<br><br>        Defendants. | No. 1:25-cv-00367-TRM-MJD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Alanna Kaufman of KAUFMAN LIEB LEBOWITZ & FRICK LLP hereby appears as counsel for Plaintiff in the above-entitled action and requests that all papers filed through the ECF system be served upon her by e-mail at akaufman@kllflaw.com.

Dated: January 5, 2026
      New York, New York

                                    KAUFMAN LIEB LEBOWITZ &
                                    FRICK LLP

                                    By: /s/ Alanna Kaufman
                                          Alanna Kaufman*
                                    *Admitted pro hac vice*
                                    18 East 48th Street, Suite 802
                                    New York, New York 10017
                                    (212) 660-2332

                                    *Counsel for Plaintiff*