Civil Action No. 1:25-cv-00367-TRM-MJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bradley County, Tennessee
was received by me on *(date)* February 9, 2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

x I served the summons on *(name of individual)* Crystal Freiberg, Bradley County Attorney , who is
designated by law to accept service of process on behalf of *(name of organization)* Bradley County, Tennessee
on *(date)* February 10, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-10-2026

*Server's signature*

Mason Spears
*Printed name and title*

601 Market St ST401 Chattanooga, TN
*Server's address*

Additional information regarding attempted service, etc:

*See* Declaration of Mason Spears Pursuant to 28 U.S.C. § 1746 Regarding Service of Process on Bradley County, Tennessee.