# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

SAMUEL SCOTT MINTON,               )
                                   )
    Plaintiff,                )
                                   )
v.                                 )      Case No:  1:25-cv-00367
                                   )
BRADLEY COUNTY, TENNESSEE,         )
ANTHONY BENEFIELD,                 )
WILLIAM BURTT, &                   )
DANIEL GILLEY,                     )
                                   )
    Defendants.               )

---

## JOINT STIPULATION

---

Now come Plaintiff, by and through counsel, and Defendants Bradley County, Tennessee and Daniel Gilley, by and through counsel, and pursuant to Rule 12.1 of the Local Rules of Practice for the United States District Court for the Eastern District of Tennessee, file with the Court their Joint Stipulation and agree that Defendants shall be given a twenty-one (21) day extension of time within which to plead in response to Plaintiff's Complaint, which such additional time shall run from the expiration of the initial twenty-one (21) day within which these Defendants were to file an answer based on service of process.  This is the first extension of time to answer the Complaint.

Respectfully submitted,

**SPEARS, MOORE, REBMAN & WILLIAMS, P.C.**

By:    */s/ Joseph Alan Jackson, II (by BTHjr w/perm)*
Joseph Alan Jackson, II, BPR No. 030203
601 Market Street, Suite 400
Chattanooga, TN 37402
P: (423) 756-7000

F: (423) 756-4801
Attorneys for Plaintiff
jaj@smrw.com

**KAUFMAN, LIEB, LEBOWITZ, & FRICK, LLP**

By:    */s/ David Lebowitz (by BTHjr w/perm)*
David Lebowitz
Alanna Kaufman
18 E. 48th Street
Suite 802
New York, NY 10017
P: (212) 660-2332
dlebowitz@kllflaw.com
akaufman@kllflaw.com

By:    */s/ Crystal Freiberg (by BTHjr w/perm)*
Crystal Freiberg
P.O. Box 1167
Cleveland, TN 37323
P: (423) 728-7160
cfreiberg@bradleycountytn.gov
Attorneys for Defendants Bradley County
and Gilley

**SPICER RUDSTROM, PLLC**

By:    */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
537 Market Street, Suite 203
Chattanooga, TN 37402-1241
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com
Attorneys for Defendants Bradley County
and Gilley

2