

# Anthony Benefield

## April 22, 1955 — January 15, 2026

SEND FLOWERS

SEND A GIFT

Listen to Obituary 

Trusting in our Lord Jesus' promises of eternal life, we announce that **Anthony K. Benefield**, age **70**, originally of Orlando Florida**,** entered into the loving arms of our Lord on **the 15th of January** in **Cleveland, Tennessee**.

**Tony, as he was widely known,** was born on **April 22, 1955** in **Staunton, Virginia**, to **Lyman and Mildred Benefield. To his family,** Tony's life was marked by his loving and generous heart. Love and laughter accompanied him wherever he went. Most knew Tony due to his commitment to serving his country and community. He served in the US Army's 56th Field Artillery in Germany. He returned home to serve a brief stent as a youth pastor. However, he is best remembered by this community as a Deputy Sherrif. He began as a 3rd shift patrolman and retired as Chief. He served as a patrolman, detective, director of the DTF, and Chief. At the core of this service was his love for others and intolerance for bullies. **As a pastor's son, Tony's Faith played a central role in his life. He** had a heart rooted in Jesus' words that whatever he had done for the least of his brothers, he had done it for Him. In the later years of his life, Tony returned to his teenage job of building fences. **Tony even sang in the church choir and led Bible studies. In all, Jesus, his Lord and Savior, was his rock and refuge.**

**Tony** leaves behind a loving family who will cherish **his** memory, including **his Father Lyman Benefield and Mother Mildred Benefield, wife Angie Hudson Benefield, sons Bradley Benefield (Heather) and Ryan Benefield, daughter Sarah** Odiasempa **(Prince), step-daughter Lacie Faulkner, grandchildren Madison Rodas (**Darwing**), Wilson Benefield (Kelly), Benjamin Bledsoe, Rosalyn Bledsoe, and Amariah Odiasempa**, great-grandchildren Ava, Jackson, and Beckham Rodas, siblings Gary Benefield (Carol), Karen Benefield, Shari Mehok, and Rodney Benefield, and many beloved nieces, nephews, and cousins. **He** was preceded in death by **grandparents Mitchell and Kate Benefield, and Gus and Reba Bird, and step-mother Roberta Benefield** and now rejoins them in the peace of Christ.

The family will receive friends on Sunday, February 1, 2026 at Mt. Olive Church of God from 3:00 PM until 3:30 PM followed by a memorial service at 3:30 PM at the church.

The family wishes to express heartfelt thanks to **the caregivers, nurses, and clergy** for their compassion, prayers, and support during this time.

"**For me you have changed my mourning into dancing, you removed my sackcloth and clothed me with joy. So, my soul sings to you unceasingly**." (Psalm 30:11-12). **Tony** will be deeply missed as we long to be reunited in Christ on that Day.

You are encouraged to share a memory of Tony and/or your personal condolences with his family by visiting his memorial webpage and guestbook at www.companionfunerals.com. Companion Funeral Home is honored to assist his family with these arrangements.

## SERVICE SCHEDULE

**PAST SERVICES**



### VISITATION

**Sunday, February 1, 2026**
3:00 - 3:30 pm (Eastern time)
Add to Calendar

**Mt. Olive Church of God**

3522 Harrison Pike
Cleveland, TN 37311

DIRECTIONS



## MEMORIAL SERVICE

**Sunday, February 1, 2026**
3:30 - 4:30 pm (Eastern time)
Add to Calendar

**Mt. Olive Church of God**

3522 Harrison Pike
Cleveland, TN 37311

DIRECTIONS