UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| SAMUEL SCOTT MINTON,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>BRADLEY COUNTY, TENNESSEE;<br>ANTHONY BENEFIELD; WILLIAM BURTT;<br>and DANIEL GILLEY,<br><br>　　　　Defendants. | No. 1:25-cv-00367-TRM-MJD<br><br>**COMPLAINT AND<br>JURY DEMAND** |

### DECLARATION OF KATELYN MURDOCK
### PURSUANT TO 28 U.S.C. § 1746

1. My name is Katelyn Murdock, and I am a resident of Hamilton County, Tennessee.

2. I am over eighteen (18) years of age and competent to make this declaration, which is based on my personal knowledge.

3. I am an attorney licensed in Tennessee and admitted to practice before this Court, and I currently serve as counsel of record for Plaintiff, Samuel Scott Minton, in the above-captioned lawsuit.

4. It is my understanding that Defendant Anthony Benefield has passed away as of January 15, 2026.

5. Since Mr. Benefield's death, I have made periodic inquiries with the Bradley County Chancery Court (most recently on March 5, 2026), which hears probate matters arising in Bradley County (where Mr. Benefield resided at the time of his death), to determine whether an estate has been opened, an executor, administrator, or personal

representative has been appointed for Mr. Benefield's estate, and/or letters testamentary or letters of administration have been submitted or issued.

6. As of March 5, 2026, no petition for the appointment of an executor or administrator of Mr. Benefield's estate has been filed, and no letters testamentary or letters of administration have been submitted or issued.

7. In light of the fact that there is no open estate for Mr. Benefield, nor any executor, administrator, or personal representative appointed for the purpose of administering Mr. Benefield's estate, I have assisted in the preparation of a petition for the opening of a limited-purpose estate (for this cause of action only) and appointment of an administrator *ad litem* for that limited-purpose estate pursuant to Tennessee Code Annotated section 30-1-109, and that petition will be filed with the Bradley County Chancery Court imminently.

8. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS 5th DAY OF MARCH, 2026.

*Katelyn Murdock*
Katelyn E. Murdock, Esq.