**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION AT CHATTANOOGA**

| | |
|---|---|
| SAMUEL SCOTT MINTON,<br><br>               Plaintiff,<br><br>    -against-<br><br>BRADLEY COUNTY, TENNESSEE; TRAVIS HENRY, ESQ., as Administrator *ad litem* of the Estate of Anthony Benefield; WILLIAM BURTT; and DANIEL GILLEY,<br><br>               Defendants. | Jury Demanded<br><br><br>No.  1:25-cv-00367-TRM-MJD |

**JOINT MOTION FOR ENTRY**
**OF AGREED PROTECTIVE ORDER**

Come Plaintiff, Samuel Scott Minton, and Defendants Bradley County, Tennessee, Travis Henry, Esq., as Administrator *ad litem* of the Estate of Anthony Benefield, William Burtt, and Daniel Gilley (collectively, "Defendants"), through counsel, and respectfully request that this Honorable Court enter the Agreed Protective Order submitted herewith.

Dated: June 5, 2026,

               Respectfully submitted,

By: _____
       David Lebowitz (admitted *pro hac vice*)
       Alanna Kaufman (admitted *pro hac vice*)
       Alyssa Isidoridy (admitted *pro hac vice*)
       Shirley LaVarco (*pro hac vice* forthcoming)
       KAUFMAN LIEB LEBOWITZ & FRICK LLP
       18 E. 48th Street, Suite 802
       New York, New York 10017
       Telephone: (212) 660-2332
       dlebowitz@kllflaw.com
       akaufman@kllflaw.com
       aisidoridy@kllflaw.com
       slavarco@kllflaw.com

By:   /s/

Joseph Alan Jackson II, BPR No. 030203
Katelyn Elizabeth Murdock, BPR No. 042409
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
P. O. Box 1749
601 Market Street, Suite 400
Chattanooga, Tennessee 37402
Telephone: (423) 756-7000
Facsimile: (423) 756-4801
jaj@smrw.com
kem@smrw.com

*Counsel for Samuel Scott Minton*

By:   /s/

B. Thomas Hickey, Jr., BPR No. 019105
SPICER RUDSTROM PLLC
537 Market Street, Suite 203
Chattanooga, TN 37402-1241
Telephone: (423) 756-0262
Facsimile: (423) 756-8489
thickey@spicerfirm.com

By:   /s/

Crystal Freiberg, BPR No. 023732
County Attorney for Bradley County, Tennessee
P.O. Box 1167
Cleveland, TN 37323
Telephone: (423) 728-7160
cfreiberg@bradleycountytn.gov

*Counsel for Defendants Bradley County, Tennessee, Travis Henry, Esq., as Administrator ad litem of the Estate of Anthony Benefield, William Burtt, and Daniel Gilley*

2